UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH VARGAS,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C06-5244-RBL-KLS<br><br><br>ORDER OF REMAND |

    Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the ALJ will associate the pending subsequent SSI disability application filed on November 22, 2006. The ALJ will further evaluate all medical source opinions, including those of Bruce Eather, Ph.D., Kevin Kirkwood, M.D., and the State agency consultants, explain the weight given to each, and provide legally sufficient reasons for any medical opinion that is rejected. The ALJ will re-evaluate the claimant's mental impairments. As necessary, the ALJ will further develop the

Page 1    ORDER OF REMAND- [C06-5244-RBL-KLS]

record, including, if warranted, a consultative psychiatric examination or evidence from a medical expert. The ALJ will re-evaluate Plaintiff's credibility and provide rational in accordance with 20 C.F.R. § 416.929 and SSR 96-7p. The ALJ will reassess the claimant's RFC, and if warranted by the expanded record, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base. The ALJ will take any other actions necessary to develop the record and issue a new decision.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 12th day of December, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

 s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD A. MORRIS   WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2156
FAX:  (206) 615-2531
Rick.Morris@ssa.gov

Page 2     ORDER OF REMAND- [C06-5244-RBL-KLS]