Magistrate Karen Strombom

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

JOSEPH VARGAS,

                Plaintiff,

  vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.

No.: C06-5244-RBL-KLS

STIPULATION AND AGREED ORDER ON EAJA FEES & COSTS

    It is hereby stipulated and agreed by the undersigned attorneys for the parties that the EAJA attorneys fees in the amount of $ 3,909.00 should be awarded in the above case for court work. (See attached Declaration of Patricia Skrinar)

/

**STIPULATION AND AGREE ORDER FOR EAJA FEES & COSTS- 1**

**Skrinar Law Offices**
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax (253) 383-3673

DATED this 15th day of December, 2006.

SKRINAR LAW OFFICES

JOHN McKAY
United States Attorney

/s/_____
PATRICIA PADILLA SKRINAR
WSBA NO. 13772
Attorney for Plaintiff

/s/_____
RICHARD A. MORRIS, 33780
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for the Defendant

**AGREED ORDER ON EAJA FEES & COSTS**

Based on the Stipulation of the Parties agreeing to the award of EAJA fees, the Court hereby awards fees in the amount of $ 3,909.00 to the Plaintiff.

SO ORDERED this 18th day of December, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR ON EAJA FEES AND COSTS - 2**

**Skrinar Law Offices**
524 Tacoma Avenue South
Tacoma, Washington 98402
Phone (253) 383-0708
Fax (253) 383-3673